**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA**

vs.  **CASE NO.: 5:04cr9/MCR**

**TIMOTHY ANDREW LINDSEY**
_____/

## ORDER REDUCING SENTENCE

Before the Court is the Government's Rule 35 motion (doc. 25) advising that a reduction in Defendant's sentence may be warranted by his cooperation and substantial assistance since his sentencing. The Court finds that a reduction is proper to reward his assistance to the Government in the investigation and prosecution of others.

Defendant's sentence of confinement is, therefore, reduced to 30 months. In all other respects, the original sentence imposed in the Judgment and Commitment Order filed August 24, 2004, shall remain unchanged.

ORDERED this 19th day of August, 2005.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**